```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602029648
Cashier ID: khaynes
Transaction Date: 01/17/2014
Payer Name: W DON EDDINS
------------------------------------
CIVIL FILING FEE
 For: W DON EDDINS
 Case/Party: D-ALM-3-14-CV-000033-001
 Amount:         $400.00
------------------------------------
CHECK
 Check/Money Order Num: 2017
 Amt Tendered: $400.00
------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

314-cv-00033-MHT-WC


Rosado et al v. Chattahoochee
Valley Community College et al
```