IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
IVONNE ROSADO and           )
MICHELLE L. ORTIZ,          )
                            )
     Plaintiffs,            )
                            )      CIVIL ACTION NO.
     v.                     )        3:14cv33-MHT
                            )
CHATTAHOOCHEE VALLEY        )
COMMUNITY COLLEGE, et al.,  )
                            )
     Defendants.            )
```

ORDER

It is ORDERED that:

(1) The joint motion to amend the scheduling order (Doc. 59) is granted.

(2) The uniform scheduling order (Doc. 56) is modified in the following respects:

(A) The pretrial, currently set for April 25, 2025, is reset for July 10, 2025, and the trial, currently set for June 9, 2025, is reset for the term of court beginning on September 8, 2025, with all unexpired deadlines expressly tied to these two dates adjusted accordingly.

  (B) The deadline for completing discovery, currently set for November 29, 2024, is extended to February 27, 2025.

  (C) The deadline for mediation, currently set for November 29, 2024, is extended to February 27, 2025.

  (D) The deadline for filing dispositive and *Daubert* motions, currently set for December 27, 2024, is extended to March 27, 2025.

  (E) All other deadlines are unchanged.

 DONE, this the 10th day of December, 2024.

        <u>/s/ Myron H. Thompson</u>
        **UNITED STATES DISTRICT JUDGE**