IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
IVONNE ROSADO and           )
MICHELLE L. ORTIZ,          )
                            )
    Plaintiffs,             )
                            )      CIVIL ACTION NO.
    v.                      )        3:14cv33-MHT
                            )           (WO)
CHATTAHOOCHEE VALLEY        )
COMMUNITY COLLEGE, et al.,  )
                            )
    Defendants.             )
```

**ORDER**

In their recent motion to amend the scheduling order (Doc. 59), the parties requested that the court set this case for trial in September 2025. There is no scheduled trial term in Opelika in September 2025.

The court has set the case for trial on the date of its September 2025 trial term in Montgomery. However, this case is currently assigned to the court's Eastern Division and therefore would ordinarily be tried in Opelika, Alabama. It would be more convenient for the court if the case were reassigned to the Northern Division so that the case could be tried on the court's

regular September trial term at the courthouse in Montgomery.  If not tried in Montgomery, the court would likely set the case for trial on a scheduled Opelika trial term in October or November 2025.  The court wishes to know whether all parties would consent to reassigning this case to the Northern Division and trying the case in Montgomery.

Accordingly, it is ORDERED that, on or before January 11, 2025, counsel, after consulting with each other, shall jointly file a notice indicating whether or not all parties consent to reassigning this case to the court's Northern Division and to trying the case in Montgomery.

DONE, this the 11th day of December, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE