# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| IVONNE ROSADO and <br> MICHELLE L. ORTIZ, <br><br> Plaintiffs, <br><br> vs. <br><br> CHATTAHOOCHEE VALLEY <br> COMMUNITY COLLEGE, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   CASE NO. 3:14-cv-33-MHT-KFP <br> ) <br> ) <br> ) <br> ) |

## JOINT NOTICE REGARDING REASSIGNMENT

Plaintiffs Ivonne Rosado and Michelle L. Ortiz, and Defendants Chattahoochee Valley Community College, Dr. Glen Cannon, and Dr. David Hodge, hereby give notice the parties have not all consented to reassigning this case to the Northern Division and trying the case in Montgomery.

*/s/ Candis A. McGowan*[1]
CANDIS A. MCGOWAN
LACEY K. DANLEY
*Counsel for Plaintiffs*

OF COUNSEL:
WIGGINS CHILDS PANTAZIS FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203
(205) 314-0500
cmcgowan@wigginschilds.com
ldanley@wigginschilds.com

---

[1] Ms. Hart represents that she received Ms. McGowan's consent to file this document containing her electronic signature.

                                                */s/ Christine Harding Hart*
                                                CHRISTINE HARDING HART
                                                MARK T. WAGGONER
                                                *Counsel for Defendants*

OF COUNSEL:
HAND ARENDALL HARRISON SALE LLC
1804 5th Avenue North, Suite 400
Birmingham, Alabama 35203
(205) 324-4400
mwaggoner@handfirm.com

Post Office Box 123
Mobile, Alabama 36601
(251) 432-5511
chart@handfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 13, 2025, the foregoing document was filed with the Clerk of Court using the CM/ECF filing system which will send notification of such filing to all counsel of record:

    Candis A. McGowan, Esq,
    Lacey K. Danley, Esq.
    Wiggins Childs Pantazis Fisher & Goldfarb, LLC
    301 19th Street North
    Birmingham, AL 35203
    cmcgowan@wigginschilds.com
    ldanley@wigginschilds.com

                                                */s/ Christine Harding Hart*