# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **IVONNE ROSADO and** | ) |
| **MICHELLE L. ORTIZ,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | ) |
| | ) CASE NO. 3:14-cv-33-MHT-KFP |
| **CHATTAHOOCHEE VALLEY** | ) |
| **COMMUNITY COLLEGE, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Ivonne Rosado and Michelle L. Ortiz and Defendants Chattahoochee Valley Community College and any and all individual defendants, having entered into a mutual Full and Final Settlement Agreement, by and through their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of this action, with prejudice. The Parties will bear their respective costs, expenses, and attorneys' fees.

Respectfully submitted this 24th day of April, 2025.

*/s/ Candis A. McGowan*
CANDIS A. MCGOWAN
LACEY K. DANLEY
*Counsel for Plaintiffs*

OF COUNSEL:
WIGGINS CHILDS PANTAZIS FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203
(205) 314-0500
cmcgowan@wigginschilds.com
ldanley@wigginschilds.com

                                                        */s/ Mark T. Waggoner*
                                                        CHRISTINE HARDING HART
                                                        MARK T. WAGGONER
                                                        *Counsel for Defendants*

OF COUNSEL:
HAND ARENDALL HARRISON SALE LLC
1804 5th Avenue North, Suite 400
Birmingham, Alabama 35203
(205) 324-4400
mwaggoner@handfirm.com

Post Office Box 123
Mobile, Alabama 36601
(251) 432-5511
chart@handfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 24, 2025, the foregoing document was filed with the Clerk of Court using the CM/ECF filing system which will send notification of such filing to all counsel of record:

    Candis A. McGowan
    Lacey K. Danley
    Wiggins Childs Pantazis Fisher & Goldfarb, LLC
    cmcgowan@wigginschilds.com

                                        */s/ Mark T. Waggoner*