## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110

MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK OF COURT

TELEPHONE (334) 954-3600

April 24, 2025

# NOTICE OF CLERK'S DISMISSAL

Candis Annette McGowan
Lacey K. Danley
Wiggins Childs Pantanzis Fisher & Goldfarb LC
301 - 19th Street North
Birmingham, AL 35203

Christine Harding Hart
Mark Thomas Waggoner
Roger Lee Bates
Hand Arendall Harrison Sale LLC
P O BOX 123
Mobile, AL 36601

David Michael O'Brien
Alabama Community College System
P.O. Box 302130
Montgomery, AL 36130

Re: Rosado et al v. Chattahoochee Valley Community College et al
Case No.: 3:14-cv-00033-MHT-KFP

Dear Counsel:

    Pursuant to the Joint Stipulation of Dismissal (Doc. 64) filed by the parties on 4/24/2025 and Fed. R. Civ. P. 41 (a)(1)(A)(ii), and with each party to bear their own costs and attorney's fees, this case is closed with prejudice without an order of the court.

Sincerely,

TREY GRANGER, CLERK OF COURT